UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61599-CIV-SELTZER

CONSENT CASE

DANIEL LUSARDI,

    Plaintiff,

v.

HOME DEPOT USA, INC.,

    Defendant.
_____/

FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation for Order of Dismissal with Prejudice (DE 19), the above-styled case is hereby DISMISSED with prejudice and each party shall bear it own respective attorneys' fees and costs.

The Clerk of Court is directed to close this case.

DONE AND ORDERED in Fort Lauderdale, Florida, this 1st day of July 2008.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished to:

All counsel of record